O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

JS - 6

Case No.    ED CV 08-01625-SGL(JTLx)                                    Date:  January 9, 2009

Title:    ALASKA SEABOARD PARTNERS, ET AL. -v- ROSE JEAN KING
========================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas D. Pokladowski                                        Rose J. King, In pro se

PROCEEDINGS:    **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND;**

**ORDER GRANTING COURT COSTS, AND ORDER DENYING PLAINTIFF'S REQUEST FOR ATTORNEYS FEES**

Court hears oral argument.

The Court, having considered the motion papers, opposition papers, reply papers, along with oral argument of the parties in this matter, the Court ORDERS the motion GRANTED.  This action is hereby ORDERED remanded to State Court (San Bernardino County Superior Court, Fontana, California, Case Number UDF 800307) .

Further, the Court finds that this is the second remand of this action following removal brought by defendant, Rose Jean King, accordingly, it is ORDERED that no further removals of this action by this defendant may be filed without prior court order.

Attorney fees in the amount of $240.00, is awarded to the plaintiffs, and against the defendant, Rose J. King, payable to the plaintiff within thirty days of today's date.

IT IS SO ORDERED.